UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-80007-Dimitrouleas/McCabe

WALTER AUTO LOAN TRUST, et al.,

    Plaintiffs,

v.

ATLANTIC ACCEPTANCE CORP, et al.,

    Defendants.

_____/

## REPORT & RECOMMENDATION

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order ("Motion") (DE 14), which was referred to the undersigned by United States District Judge William P. Dimitrouleas (DE 15). The Court conducted a status conference on February 23, 2023, at which the parties announced they had agreed to the entry of a Preliminary Injunction against all Defendants other than Atlantic Acceptance Corp. (hereafter "Debtor Defendant"). The Preliminary Injunction shall not apply to Debtor Defendant because the Court has stayed all proceedings related to this entity as a result of its' Petition for Chapter 11 Bankruptcy in the Southern District of Florida, Case No. 23-11339-MAM (DE 25).

The undersigned therefore **RECOMMENDS** that Plaintiffs' Motion (DE 14) be **GRANTED IN PART**, and that a **PRELIMINARY INJUNCTION** be entered pursuant to Fed. R. Civ. P. 65 as to Atlantic Acceptance Holdings, LLC, Atlantic Auto Finance Group, Brue Black, and Ryan Rochefort ("Remaining Defendants"), as set forth below.

1. The Remaining Defendants are enjoined and prohibited from engaging in any of the following activity:

    (i) Voiding or releasing liens to vehicles securing Retail Installment Sales Contracts ("RICs") sold to Plaintiffs; and/or

    (ii) Communicating with Plaintiffs' consumers and/or the dealers that originated the RICs.

2. Within 48 hours of the date this Report and Recommendation becomes final, the Remaining Defendants shall:

    (i) Produce to Plaintiffs' counsel copies of any notices received by mail or email from any third parties, including impound companies, insurance companies, dealers and bankruptcy courts, related to the RICs sold to Plaintiffs (hereafter Notices");

    (ii) On a going forward basis, immediately forward any such Notices to Plaintiffs' counsel upon receipt; and

    (iii) On a going forward basis, immediately refer to Plaintiffs' counsel any inquiries from Plaintiffs' customers, the dealers that originated the RICs sold to Plaintiffs, or any other third parties concerning the RICs sold to Plaintiffs.

3. This Preliminary Injunction applies to the Remaining Defendants, but does not apply to Debtor Defendant. As to Defendants Brue Black and Ryan Rochefort, this Preliminary Injunction shall apply to these Defendants in their individual capacities only and shall not be construed to restrict their actions in their capacities as officers or agents of Debtor Defendant, subject to the oversight of the Subchapter V Trustee, the Bankruptcy Court, and/or applicable provisions of the Bankruptcy Code. The parties reserve all rights within the pending bankruptcy case.

4. By agreement of the parties, no bond shall be required as part of this Preliminary Injunction.

5.      This Preliminary Injunction shall remain in place until the Court closes this case or otherwise modifies the Preliminary Injunction.

**NOTICE OF RIGHT TO OBJECT**

The parties shall have **seven (7) days from** the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with the District Judge.[1]  Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and Recommendation and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report and Recommendation.  *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1.

**RESPECTFULLY SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 24th day of February 2023.

_____
RYON M. MCCABE
U.S. MAGISTRATE JUDGE

---

[1] The undersigned has shortened the time for objections because the recommended Preliminary Injunction largely follows the parties' agreement as stated on the record and their proposed preliminary injunction submitted to the Court for review.