UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-80007-DIMITROULEAS/MCCABE

WALTER AUTO LOAN TRUST, et al.,

    Plaintiffs,

v.

ATLANTIC ACCEPTANCE CORP, et al..

    Defendants.
_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE; GRANTING IN PART PLAINTIFFS' MOTION; ENTERING PRELIMINARY INJUNCTION AGAINST DEFENDANTS ATLANTIC ACCEPTANCE HOLDINGS, LLC, ATLANTIC AUTO FIANANCE GROUP, BRUCE BLACK, AND RYAN ROCHEFORT

THIS CAUSE is before the Court on Plaintiffs, Walter Auto Loan Trust, AgoraTrade, LLC, AgoraTrade LLC as Trust Manager and Beneficiary of the Walter Auto Loan Trust, Agora Data, Inc., and Walt, LLC (collectively, "Plaintiffs")'s Verified Motion for Preliminary Injunction and Temporary Restraining Order (the "Motion") [DE 14], and the February 24, 2023 Report and Recommendation of Magistrate Judge Ryon M. McCabe (the "Report") [DE 27].

The Court notes that no objections to the Report [DE 27] have been filed, and the time for filing such objections has passed.[1] As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 27] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 27]

---

[1] Magistrate Judge McCabe shortened the time for objections.

and record and is otherwise fully advised in the premises. The Court agrees with Magistrate Judge McCabe's analysis and conclusions as set forth in the Report [DE 27].

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 27] is **ADOPTED AND APPROVED**.

2. Plaintiffs' Motion [DE 14] is **GRANTED IN PART.**

3. A **PRELIMINARY INJUNCTION** is entered pursuant to Fed. R. Civ. P. 65 as to Defendants Atlantic Acceptance Holdings, LLC, Atlantic Auto Finance Group, Bruce Black, and Ryan Rochefort, as follows:

    (a) Defendants Atlantic Acceptance Holdings, LLC, Atlantic Auto Finance Group, Bruce Black, and Ryan Rochefort are enjoined and prohibited from engaging in any of the following activity:

    (i) Voiding or releasing liens to vehicles securing Retail Installment Sales Contracts ("RICs") sold to Plaintiffs; and/or

    (ii) Communicating with Plaintiffs' consumers and/or the dealers that originated the RICs.

    (b) Within 48 hours of the date of this Order, Defendants Atlantic Acceptance Holdings, LLC, Atlantic Auto Finance Group, Bruce Black, and Ryan Rochefort shall:

    (i) Produce to Plaintiffs' counsel copies of any notices received by mail or email from any third parties, including impound companies, insurance companies, dealers and bankruptcy courts, related to the RICs sold to Plaintiffs (hereafter "Notices");

    (ii) On a going forward basis, immediately forward any such Notices to Plaintiffs' counsel upon receipt; and

    (iii) On a going forward basis, immediately refer to Plaintiffs' counsel any inquiries from Plaintiffs' customers, the dealers that originated the RICs sold to Plaintiffs, or any other third parties concerning the RICs sold to Plaintiffs.

 (c) This Preliminary Injunction applies to Defendants Atlantic Acceptance Holdings, LLC, Atlantic Auto Finance Group, Bruce Black, and Ryan Rochefort, but does not apply to Atlantic Acceptance Corp (hereafter, "Debtor Defendant"). As to Defendants Bruce Black and Ryan Rochefort, this Preliminary Injunction shall apply to these Defendants in their individual capacities only and shall not be construed to restrict their actions in their capacities as officers or agents of Debtor Defendant, subject to the oversight of the Subchapter V Trustee, the Bankruptcy Court, and/or applicable provisions of the Bankruptcy Code. The parties reserve all rights within the pending bankruptcy case.

 (d) By agreement of the parties, no bond shall be required as part of this Preliminary Injunction.

 (e) This Preliminary Injunction shall remain in place until the Court closes this case or otherwise modifies the Preliminary Injunction.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida, this 6th day of March, 2023.

*[Signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Magistrate Judge McCabe
Counsel of record