UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80007-CIV-DIMITROULEAS

WALTER AUTO LOAN TRUST,
et al.,

    Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP, et al.,

    Defendants.
_____/

## **ORDER LIFTING BANKRUPTCY STAYING AS TO DEFENDANT ATLANTIC ACCEPTANCE CORP.**

THIS CAUSE is before the Court upon Defendant's Response to Order to Show Cause, stating that pursuant to the Bankruptcy Court's Order Granting Debtor's Motion to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. §1112(b)(4)(A)(M) [DE 50], there is no longer an automatic stay in place. *See* [DE 52]. The Court has carefully considered the Response, the record, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The bankruptcy stay as to Defendant Atlantic Acceptance Corp. is hereby **LIFTED**.

2.     Defendant Atlantic Acceptance Corp. shall respond to the Complaint on or before **October 6, 2023**.

**DONE AND ORDERED** in Chambers, at Ft. Lauderdale, Broward County, Florida, this 11th day of September, 2023.

*William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record