UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

WALTER AUTO LOAN TRUST;　　　　　　　CASE NO. 9:23-cv-80007-WPD
AGORATRADE LLC; AGORATRADE LLC
as Trust Manager and Beneficiary of the
Walter Auto Loan Trust; AGORA DATA,
INC.; and WALT, LLC,

　　　　Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, RYAN
ROCHEFORT,

　　　　Defendants.
_____/

## DEFENDANTS' WITNESS LIST

Pursuant to the Joint Scheduling Report [D.E. 36], Defendants, Atlantic Acceptance Holdings LLC, and Atlantic Auto Finance Group, Bruce Black, Ryan Rochefort (collectively the "Defendants"), submit this Witness List:

1. **ATLANTIC ACCEPTANCE HOLDINGS LLC**
   c/o Lorium PLLC
   197 South Federal Highway, Suite 200
   Boca Raton, FL 33432

2. **ATLANTIC AUTO FINANCE GROUP**
   c/o Lorium PLLC
   197 South Federal Highway, Suite 200
   Boca Raton, FL 33432

3. **BRUCE BLACK**
   c/o Lorium PLLC
   197 South Federal Highway, Suite 200
   Boca Raton, FL 33432

4.  **RYAN ROCHEFORT**
    c/o Lorium PLLC
    197 South Federal Highway, Suite 200
    Boca Raton, FL 33432

5.  **WALTER AUTO LOAN TRUST**
    c/o Shraiberg Page, P.A.
    2385 NW Executive Center Drive, #300
    Boca Raton, Florida 33431

6.  **AGORATRADE LLC**
    c/o Shraiberg Page, P.A.
    2385 NW Executive Center Drive, #300
    Boca Raton, Florida 33431

7.  **AGORATRADE LLC as Trust Manager and Beneficiary of the Walter Auto Loan Trust**
    c/o Shraiberg Page, P.A.
    2385 NW Executive Center Drive, #300
    Boca Raton, Florida 33431

8.  **AGORA DATA, INC.**
    c/o Shraiberg Page, P.A.
    2385 NW Executive Center Drive, #300
    Boca Raton, Florida 33431

9.  **WALT, LLC**
    c/o Shraiberg Page, P.A.
    2385 NW Executive Center Drive, #300
    Boca Raton, Florida 33431

10. All persons identified as a witness by Plaintiffs.

11. Defendants reserve the right to call rebuttal witnesses not otherwise identified.

Respectfully submitted,

**LORIUM PLLC**
*Counsel for Defendants*
197 South Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: 561.361.1000
Facsimile: 561.672.7581
Email: jgrant@loriumlaw.com

By: ___/s/ Joe M. Grant___
     JOE M. GRANT
     Florida Bar No. 137758

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this 12th day of September, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

## SERVICE LIST

**Notice will be electronically mailed to:**

J. Randolph Liebler, Esquire and James R. Liebler, II, Esquire
JRL@lgplaw.com; JRLII@lgplaw.com