UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80007-CIV-DIMITROULEAS

WALTER AUTO LOAN TRUST,
et al.,

    Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiffs' Verified Motion for Default Judgment Against Atlantic Acceptance Corporation [DE 69], filed on October 20, 2023, and the Report and Recommendation of Magistrate Judge Ryon M. McCabe (the "Report") [DE 92], dated December 18, 2023.

On November 6, 2023, the Court granted the Verified Motion for Default Judgment Against Atlantic Acceptance Corporation [DE 69] and referred the issue of damages owed by Atlantic Acceptance Corp. to Magistrate Judge McCabe. *See* [DE 72]. Magistrate Judge McCabe held an evidentiary hearing on damages on November 30, 2023 and December 13, 2023, and issued a Report and Recommendation on December 18, 2023, recommending that the Court enter final default judgment in the amount of $5,160,562.68 in favor of Plaintiff Walter Auto Loan Trust. *See* [DE's 78, 87, 92]. The Court notes that no objections to the Report [DE 92] have been filed, and the time for filing such objections has passed.[1] As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 92] are hereby adopted and

---

[1] The Magistrate Judge shortened the time for objections. *See* [DE 92] at p. 4 n.1.

deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 92] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 92] is hereby **ADOPTED** and **APPROVED**.
2. Pursuant to Fed. R. Civ. P. 58, the Court will enter a separate final judgment against Defendant Atlantic Acceptance Corp.
3. The Clerk is **DIRECTED** to mail a copy of this Order to Defendant Atlantic Acceptance Corp. at the address listed below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of January, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

Atlantic Acceptance Corp.
c/o Rodriguez, Valentin, Esquire, as Registered Agent
2465 Mercer Avenue, Suite 301
West Palm Beach, Florida 33401