UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80007-CIV-DIMITROULEAS

WALTER AUTO LOAN TRUST,
et al.,

      Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP, et al.,

      Defendants.
_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon Plaintiff's Judgment Creditor's Motion for Charging Order, filed on August 22, 2024 [DE 122] and the September 26, 2024 Report and Recommendation of Magistrate Judge Ryon M. McCabe (the "Report") [DE 139]. The Court notes that no objections to the Report [DE 139] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    **1.** The Report [DE 139] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Motion [DE 122] is hereby **GRANTED**.

3. A Charging Order is issued as to Mr. Rochefort's interest in Propertytours.Tech LLC, BNB Landlord LLC, Beach Lighthouse LLC, and RNTLIQ LLC. pursuant to Fla. Stat. § 605.0503.

4. Any and all distributions, transfers, amounts owed and/or payable to Mr. Rochefort by or on behalf of the above-stated LLCs shall be paid to Walter Auto Loan Trust c/o its counsel in this action, Tony Andre, Andre Law Firm P.A., 1125 N.E. 125th St., Ste. 113, North Miami, FL 33161.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of October 2024.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record